# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK A. DAVIS** | **CIVIL ACTION NO.** |
| **VERSUS** | **18-1041-SDD-EWD** |
| **UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.** | |

## **NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on August 19, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PATRICK A. DAVIS**                       **CIVIL ACTION NO.**

**VERSUS**                               **18-1041-SDD-EWD**

**UNITED STATES DEPARTMENT**
**OF THE TREASURY, ET AL.**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff Patrick A. Davis ("Davis") filed his Complaint in this matter on December 10, 2018[1] accompanied by a Motion for Plaintiff to Proceed without Prepayment of Funds.[2] On December 13, 2018, the Court denied the motion and ordered Davis to complete and submit form AO 239 - Application to Proceed in District Court without Prepaying Fees or Costs ("Long Form") by December 27, 2018. The Long Form was attached to the Court's December 13, 2018 Order.[3] The Clerk of Court was instructed to send a copy of the order to Davis via certified mail to 6801 Highway 412E, Slaughter, LA 70777, the address provided by Davis. On January 23, 2019, the court received notice that the Show Cause Order that was sent to Davis via certified mail was returned as unclaimed and unable to forward.[4]

On January 23, 2019, the Court again ordered Davis to complete and submit the Long Form by February 8, 2019.[5] The January 23, 2019 Order further advised Davis that failure to comply may result in a recommendation of dismissal of his claims in this matter. Davis was also reminded that, pursuant to Local Civil Rule 41(b)(4), the failure to keep the Court apprised of the correct

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 3.
[4] R. Doc. 5.
[5] R. Doc. 7.

address may result in a recommendation of dismissal for failure to prosecute. The Clerk of Court was instructed to send a copy of the January 23, 2019 Order to Davis via certified mail to 6801 Highway 412E, Slaughter, LA 70777.  On March 4, 2019, the Court received notice that the January 23, 2019 Order was also returned as unclaimed and unable to forward.[6]

Local Civil Rule 41(b)(4) provides that "failure of an attorney or pro se litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute, when a notice is returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty days."  Dismissal under this Rule "shall be without prejudice."[7]  More than thirty days have passed since the January 23, 2019 Order was returned as undeliverable.

Accordingly,

## RECOMMENDATION

It is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE**, with reinstatement allowed within 30 days for good cause shown, for Plaintiffs' failure to pay the filing fee and failure to keep the Court apprised of an address change.

**IT IS ORDERED** that the Clerk of Court is to provide this Magistrate Judge's Report and Recommendation to plaintiff, Patrick A. Davis, via certified mail, return receipt requested to 6801 Highway 412E, Slaughter, LA 70777.

Signed in Baton Rouge, Louisiana, on August 19, 2019.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[6] R. Doc. 8.
[7] Local Civil Rule 41(b)(3).

certified mail # 7004 116 003 2648 1968