UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PATRICK A. DAVIS                                                CIVIL ACTION

VERSUS                                                       18-1041-SDD-EWD

UNITED STATES DEPARTMENT
OF THE TREASURY, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 19, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is DISMISSED WITHOUT PREJUDICE, with reinstatement allowed within thirty (30) days for good cause shown, for Plaintiff's failure to pay the filing fee and failure to keep the Court apprised of an address change.

Signed in Baton Rouge, Louisiana the 4 day of September, 2019.

                                                       CHIEF JUDGE SHELLY D. DICK
                                                       UNITED STATES DISTRICT COURT
                                                       MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.