# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVIS | CIVIL ACTION |
| VERSUS | 18-1041-SDD-EWD |
| UNITED STATES DEPARTMENT<br>OF THE TREASURY, ET AL. | |

## RULING

The Court has carefully considered the *Motions,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 25, 2021, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[4], filed by the United States Department of Treasury and the Internal Revenue Service, is hereby GRANTED, and Davis's claims against those entities are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the *Motion to Strike*[5], filed by Patrick A. Davis, is hereby DENIED, and Davis's claims against Defense Accounting and Finance Service

---

[1] Rec. Docs. 28 and 31.
[2] Rec. Doc. 34.
[3] Rec. Doc. 36.
[4] Rec. Doc. 28.
[5] Rec. Doc. 31.

are DISMISSED WITHOUT PREJUDICE on the Court's own motion pursuant to Fed. R. Civ. Proc. 4 and Local Civil Rule 41(b)(1)(A) and/or Local Rule 41(b)(1)(B) with reinstatement of the claims against Defense Accounting and Finance Service upon a showing of good cause within thirty (30) days. There is no service information in the record as to DAFS, nor has DAFS appeared.

    Signed in Baton Rouge, Louisiana on <u>March 30, 2021</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**