## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PATRICK A. DAVIS

VERSUS

UNITED STATES DEPARTMENT
OF THE TREASURY, ET AL.

CIVIL ACTION

18-1041-SDD-EWD

### RULING

The Court has carefully considered *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes., dated February 28, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Motion for Reinstatement and for Extension of Time to Serve Process vis U.S. Marshall's Service[3] is DENIED, and Davis's claims against DFAS REMAIN DISMISSED, AND final judgment is ENTERED, and this matter is CLOSED.

**IT IS FURTHER ORDERED** that Davis's alternative request for additional time to perfect service on DFAS is DENIED.

Certified Mail Receipt  7018 0360 0001 1615 7312

---

[1] Rec. Doc. 40.
[2] Rec. Doc. 41.
[3] Rec. Doc. 40.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this *Ruling* on Plaintiff Patrick A. Davis by regular and certified mail, return receipt requested at the address listed on PACER.

Signed in Baton Rouge, Louisiana the 15 day of March, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA